# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

DEXTER FIELDS-KAY, §
§
Plaintiff, §
§
v. § Case No. 6:19-cv-334-JDK-KNM
§
SHERIFF LARRY SMITH, et al., §
§
Defendants. §

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED**. The Clerk of the Court is instructed to close this case.

**So ordered and signed on this**
**Jan 7, 2021**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE